## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| United States of America, | Criminal No. 07-454 (1) (RHK/FLN) |
| | Criminal No. 08-65 (1) (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| Jeffrey David Furtney, | |
| Defendant. | |

___

Defendant's letter request for a 60-day continuance of the August 6, 2008 sentencing is **GRANTED**; sentencing is rescheduled to Tuesday, October 7, 2008, at 8:00 a.m. in Courtroom 7A, St. Paul, Minnesota.  There will be **NO** further continuances.

Dated:  July 31, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge